UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

--------------------------------------------------------x

JAMES BLEDSOE,                          :
                                        :        CASE NO.: 5:26-cv-00084-SMH-MLH
            Plaintiff,                   :
                                        :        Judge: Hon. S. Maurice Hicks, Jr.
vs.                                     :
                                        :        Magistrate: Hon. Mark L. Hornsby
NEW CFH, LLC,                           :
                                        :
            Defendant.                   :
--------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to

any party against any other.

Respectfully Submitted, this 16th day of April, 2026.


By:/s/ Andrew D. Bizer                    By:/s/ Eduardo Espinosa
   **ANDREW D. BIZER**                        **EDUARDO ESPINOSA**


**THE BIZER LAW FIRM, L.L.C.**            **AKERMAN LLP**
Andrew D. Bizer, Bar No. 30396            EDUARDO ESPINOSA (LA # 24085)
3319 St. Claude Avenue                    EDUARDO.ESPINOSA@AKERMAN.COM
New Orleans, Louisiana 70112              201 ST. CHARLES AVE., SUITE 2500
Telephone:    (504) 619-9999              NEW ORLEANS, LA 70170
Facsimile:    (504) 948-9996              TELEPHONE: (504) 586-1241
Email:        andrew@bizerlaw.co          FACSIMILE: (225) 271-4961
*Counsel for Plaintiff James Bledsoe*     *Attorney for Defendant New CFH, LLC*