UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMES BLEDSOE,

        Plaintiff

vs.

NEW CFH, LLC,

        Defendant

CASE NO.: 5:26-cv-00084-SMH-MLH

Judge: Hon. S. Maurice Hicks, Jr.

Magistrate: Hon. Mark L. Hornsby

## JUDGMENT

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff are hereby **DISMISSED,** with prejudice, against the Defendants without fees or costs to any party against any other.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17th day of April, 2026.

_____
JUDGE